UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LES COHEN, | ) |
|                 Plaintiff, | ) Case No. 2:15-cv-01393-APG-GWF |
| vs. | ) **ORDER** |
| FRESIA AGUDELO, *et al.*, | ) |
|                 Defendants. | ) |

This matter is before the Court on Plaintiff's and Defendants' failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  Counsel for Defendant removed this matter to federal court on July 21, 2015.  LR 7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have an interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties.  If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  To date, Plaintiff and Defendants have failed to comply.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendants shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **August 17, 2015**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 6th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge