UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LES COHEN, | ) | |
| Plaintiff, | ) ) | Case No. 2:15-cv-01393-APG-GWF |
| vs. | ) ) | **ORDER** |
| FRESIA AGUDELO, *et al.*, | ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion to Intervene by the Federal National Mortgage Association and Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association (#19), filed October 27, 2015.  There has been no opposition filed to date.  The Court having reviewed the motion and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion to Intervene by the Federal National Mortgage Association and Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association (#19) is **granted**.

**IT IS FURTHER ORDERED** that the hearing set for November 20, 2015 at 2:30 p.m. is vacated.

DATED this 16th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge