UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LES COHEN,<br><br>          Plaintiff,<br><br>vs.<br><br>FRESIA AGUDELO, *et al.*,<br><br>          Defendants. | Case No. 2:15-cv-01393-APG-GWF<br><br>**AMENDED ORDER** |

This matter is before the Court on the Motion to Intervene by the Federal National Mortgage Association and Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association (#19), filed October 27, 2015. There has been no opposition filed to date. The Court having reviewed the motion and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion to Intervene by the Federal National Mortgage Association and Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association (#19) is **granted**.

**IT IS FURTHER ORDERED** that the hearing set for November 30, 2015 at 3:00 p.m. is vacated.

DATED this 16th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge