UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LES COHEN, | ) | |
| Plaintiff, | ) ) ) | Case No. 2:15-cv-01393-APG-GWF |
| vs. | ) ) | **ORDER** |
| FRESIA AGUDELO, *et al.*, | ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on Intervenors Federal National Mortgage Association and Federal Housing Finance Agency's Motion to Stay Discovery (#39) filed December 21, 2015 and Plaintiff's Notice of Non-Opposition to Intervenors' Motion to Stay Discovery (#45) filed January 19, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Intervenors Federal National Mortgage Association and Federal Housing Finance Agency's Motion to Stay Discovery (#39) is **granted**.

**IT IS FURTHER ORDERED** that the hearing scheduled for January 25, 2016 at 10:30 a.m. is **vacated**.

DATED this 21st day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge