# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LES COHEN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>BANK OF AMERICA, N.A., *et al.,*<br><br>Defendants. | Case No.: 2:15-cv-1393-APG-GWF<br><br>**ORDER** |

　　　Based on the Joint Motion to Consolidate (Dkt. 38), this case is transferred to Judge Gloria Navarro because she is handling the related case 2:15-cv-1338-GMN-CWH.  Judge Navarro will decide whether to consolidate the cases.

　　　Dated:  January 25, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

　　　Dated:  January 25, 2016.

_____
GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE