# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LES COHEN,                                    )
                                              )
                          Plaintiff,          )     Case No. 2:15-cv-01393-APG-GWF
                                              )
vs.                                           )     **ORDER**
                                              )
FRESIA AGUDELO, *et al.*,                     )
                                              )
                          Defendants.         )
_____      )

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Discovery Plan and Scheduling Order (ECF No. 16) filed September 16, 2015, required the parties to file a joint pretrial order required by LR 26-1(b)(5) no later than March 18, 2016. However, that deadline was stayed pending the resolution of the Motion to Consolidate. (*See* ECF No. 47). On May 27, 2016, Chief Judge Navarro denied the Motion to Consolidate. (*See* ECF No. 53). In addition, there are no dispositive motions pending and the parties have not filed a joint pretrial order. Accordingly,

**IT IS ORDERED** that

1.    Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **July 1, 2016**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

2.    The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 24th day of June, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge