UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LES COHEN, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01393-APG-GWF |
| vs. | ) **ORDER** |
| FRESIA AGUDELO, *et al.*, | ) |
| Defendants. | ) |

On January 21, 2016, the Court granted Intervenors Federal National Mortgage Association's and Federal Housing Finance Agency's Motion to Stay Discovery (ECF No. 39) pending Intervenors' Motion to Consolidate (ECF No. 38). (*See* ECF No. 46). The Chief District Judge denied the Motion to Consolidate on May 27, 2016. (*See* ECF No. 53). Therefore, the stay of discovery is now lifted and the parties are required to file a proposed stipulated discovery plan and scheduling order. The parties are directed to hold a meet and/or confer as required by Fed. R. Civ. P. 26(f) within 14 days of this order, and 14 days thereafter, the parties shall file the mandatory stipulated discovery plan and scheduling order.

**IT IS HEREBY ORDERED** that the parties shall file a stipulated discovery plan and scheduling order on or before **July 27, 2016**.

**IT IS FURTHER ORDERED** that the Court's Order (ECF No. 54) filed on June 24, 2016 is **VACATED**.

DATED this 29th day of June, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge