# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LES COHEN,

        Plaintiff,

vs.

FRESIA AGUDELO, *et al.*,

        Defendants.

Case No. 2:15-cv-01393-APG-GWF

**ORDER**

This matter is before the Court on the parties' Stipulated Joint Discovery Plan and [Proposed] Scheduling Order (ECF No. 56), filed on July 26, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that the parties Stipulated Joint Discovery Plan and [Proposed] Scheduling Order (ECF No. 56) is **denied** without prejudice. The parties shall provide the Court with a proposed discovery plan and scheduling order that sets forth specific dates for discovery and other deadlines in this matter no later than **August 5, 2016**. If the parties request a discovery period longer than that specified in Local Rule 26-1(b), they must inform the Court that special review is requested. *See* Local Rule 26-1(a). Once a motion to stay is filed as represented, then the Court will decide whether a stay of discovery is warranted.

DATED this 28th day of July, 2016.

                                              _____
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge