# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LES COHEN, | ) |
| Plaintiff, | ) Case No. 2:15-cv-01393-APG-GWF |
| vs. | ) **ORDER** |
| FRESIA AGUDELO, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Notice of Disassociation (ECF No. 66), filed on February 3, 2017.

Counsel for Plaintiff represents that Cheryl A. Grames, Esq. is no longer associated with the Law Offices of Mike Beede, PLLC. Therefore, counsel requests that Ms. Grames be removed as attorney of record for Plaintiff. Counsel also indicates that Ms. Grames's withdrawal will not delay or prejudice the proceedings in this matter because Plaintiff will continue to be represented by Michael Beede, Esq. of the Law Office of Mike Beede, PLLC. The Court finds that counsel has provided good cause to justify granting Ms. Grames's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Notice of Disassociation (ECF No. 66) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Cheryl A. Grames, Esq. from the CM/ECF service list in this case.

DATED this 6th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge