ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| LES COHEN,<br><br>    Plaintiff,<br>v.<br><br>FRESIA AGUDELO; CUSTOM HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.; COUNTRYWIDE DOCUMENT CUSTODY SERVICES; MISSION POINTE CONDOMINIUMS; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive,<br><br>    Defendants.<br><br>and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br><br>    Intervenors. | Case No.: 2:15-cv-01393-GMN-GWF<br><br>**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S DISCLAIMER OF INTEREST**<br><br>**AND**<br><br>**STIPULATION AND ORDER OF DISMISSAL OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

1

BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,

Counterclaimants,

v.

LES COHEN,

Counter-Defendant.

Plaintiff Les Cohen (**Plaintiff**) and Defendant Mortgage Electronic Registration Systems, Inc. (**MERS**) stipulate and agree as follows:

1. **WHEREAS**, on or about June 20, 2014, non-party DML Investment Group, LLC purchased the property commonly known as 10245 South Maryland Parkway #210, Las Vegas, Nevada 89123 (the **Property**) at an HOA foreclosure sale via Instrument No. 0140623-0001986.

2. **WHEREAS,** on or about July 18, 2014, DML Investment Group, LLC conveyed the Property to Plaintiff via Quitclaim Deed, Instrument No. 20140718-0001115.

3. **WHEREAS**, on January 29, 2015, Plaintiff filed a complaint for quiet title against Defendants Fresia Agudelo; Custom Home Loans, Inc.; Mortgage Electronic Registration Systems, Inc.; Bank of America, N.A.; Countrywide Document Custody Services; Mission Pointe Condominiums; Does 1 through 10, inclusive; and Roe Corporations 1 through 10, inclusive.

4. **WHEREAS,** on or about July 22, 2015, Defendants Bank of America, N.A. and MERS filed an Answer to Plaintiff's complaint, and Bank of America filed counterclaims against Plaintiff.

5. **WHEREAS**, Plaintiff was informed and believed that MERS may hold an interest in the Property.

6. **WHEREAS**, MERS has reviewed the Complaint and Bank of America's Counterclaims and the exhibits thereto and has determined that it, MERS, assigned its interest under the Deed of Trust by Corporation Assignment of Deed of Trust recorded on July 11, 2012—nearly two years before the HOA sale at issue in this lawsuit and has no present right, title, or interest in the subject property.

2

9. **WHEREAS**, Plaintiff and MERS agree that MERS should be dismissed from this action.

10. **WHEREAS**, based upon MERS's disclaimer set forth herein, Plaintiff and MERS agree to bear their own attorneys' fees and costs.

DATED this 9th day of June, 2017.

| **THE LAW OFFICE OF MIKE BEEDE, PLLC** | **AKERMAN LLP** |
|---|---|
| */s/ Michael N. Beede, Esq.*<br>MICHAEL N. BEEDE, ESQ.<br>Nevada Bar No. 13068<br>2470 St. Rose Parkway, Suite 201<br>Henderson, Nevada 89074<br><br>*Attorney for Plaintiff Les Cohen* | */s/ Rex D. Garner, Esq.*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br><br>*Attorneys for Mortgage Electronic Registration Systems, Inc.* |

## ORDER

**IT IS FURTHER ORDERED** that, based upon MERS's disclaimer of any present right, title, or interest in the subject property as set forth herein, Defendant MERS is dismissed from this case without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff Les Cohen and MERS shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

_____
**DISTRICT COURT JUDGE**

June 18, 2017
_____
**DATED**