# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LES COHEN,

        Plaintiff,

vs.

FRESIA AGUDELO, *et al.*,

        Defendants.

Case No. 2:15-cv-01393-APG-GWF

**ORDER**

This matter is before the Court on Defendants' Motion to Vacate Settlement Conference (ECF No. 79), filed on June 12, 2017.

The Court conducted a telephonic status conference to determine whether a settlement conference should proceed in this matter on July 10, 2017. Based on counsel's statements, the Court will vacate the settlement conference set for July 24, 2017. The Court will reschedule a settlement conference if the parties advise the Court that there is a reasonable chance of success in reaching a resolution. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Vacate Settlement Conference (ECF No. 79) is **granted**.

DATED this 10th day of July, 2017.

                                                                           GEORGE FOLEY, JR.
                                                                          United States Magistrate Judge