ARIEL STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| LES COHEN,<br><br>Plaintiff,<br>v.<br><br>FRESIA AGUDELO; CUSTOM HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.; COUNTRYWIDE DOCUMENT CUSTODY SERVICES; MISSION POINTE CONDOMINIUMS; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants.<br><br>and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br><br>Intervenors. | Case No.: 2:15-cv-01393-GMN-GWF<br><br>**NOTICE OF DISASSOCIATION** |
| BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>Counterclaimants,<br>v.<br><br>LES COHEN,<br><br>Counter-Defendant. | |

43498678;1

TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Steven G. Shevorski, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. All future correspondence and papers in this action should continue to be directed to Ariel Stern, Esq. and Rex D. Garner, shall receive all future notices

DATED this 29th day of November, 2017.

**AKERMAN LLP**

*/s/ Rex D. Garner*
ARIEL STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendants Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: December 8, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2

43498678;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2017 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed to:

Michael N. Beede, Esq.
**The Law Office of Mike Beede, PLLC**
2470 St. Rose Pkwy., Ste. 201
Henderson, NV 89074

Asim Varma, Esq.
Howard Cayne, Esq.
Michael A.F. Johnson, Esq.
**Arnold and Porter Kaye Scholer, LLP**
601 Massachusetts Ave., NW
Washington, DC, DC 20001-3743

John D. Tennert, Esq.
Leslie Bryan Hart, Esq.
**Fennemore Craig, P.C.**
300 E. Second St., Ste. 1510
Reno, NV 89501

Christopher V. Yergensen, Esq.
**Nevada Association Services, Inc.**
6224 West Desert Inn Rd.
Las Vegas, NV 89146

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

43498678;1